Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| TERADYNE, INC., <br><br> Plaintiff, <br><br> v. <br><br> XYRATEX LTD. and XYRATEX INTERNATIONAL, INC., <br><br> Defendant. | Case No. CV 09-2580 MMM (CWx) <br><br> **[PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE** |

| | |
|---|---|
| 1 | WHEREAS Plaintiff Teradyne, Inc. and Defendants Xyratex Ltd. and Xyratex |
| 2 | International, Inc. have entered into a Settlement Agreement and have executed a |
| 3 | Stipulation Re: Dismissal Without Prejudice, the Court orders as follows: |
| 4 | 1. All claims in the above-captioned action are DISMISSED WITHOUT |
| 5 | PREJUDICE; and |
| 6 | 2. This Court shall retain jurisdiction to enforce the parties' Settlement |
| 7 | Agreement and the Protective Order entered on August 12, 2009 (Docket No. 34). |
| 8 | IT IS SO ORDERED. |

Dated: December 28, 2009

*Margaret M. Morrow*
Honorable Margaret M. Morrow
United States District Court

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

[PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE

CASE NO. CV 09-2580 MMM (CWx)

US1DOCS 7388321v1